STEPHEN J. ERIGERO (SBN 121616)
E. LACEY RICE (SBN 266748)
ROPERS, MAJESKI, KOHN & BENTLEY
445 South Figueroa Street, Suite 3000
Los Angeles, CA  90071-1619
Telephone:  (213) 312-2000
Facsimile:   (213) 312-2001
Email:       stephen.erigero@rmkb.com
             lacey.rice@rmkb.com

JS-6

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY PIKOVER,<br><br>            Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a business entity, form unknown; PROGRESSIVE CASUALTY INSURANCE COMPANY, a business entity, form unknown; and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No.  2:16-CV-05161 CAS (RAOx)<br><br>**[PROPOSED] ORDER RE STIPULATION TO REMAND** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' STIPULATION REMANDING ACTION (the "Stipulation"), the Stipulation is approved.  Based upon the stipulation of the parties, and for good cause shown, the above-captioned action shall be, and hereby is remanded to the Los Angeles County Superior Court. In the event that plaintiff JERRY PIKOVER, hereafter seeks, or attempts to recover, damages in this action in excess of $75,00000 (seventy-five thousand dollars) (including that for insurance benefits, special damages, economic damages, general damages, non-economic damages, attorney fees, punitive damages, costs of

1  suit, and interest), defendant LIBERTY MUTUAL FIRE INSURANCE
2  COMPANY and/or UNITED FINANCIAL CASUALTY COMPANY (erroneously
3  sued as PROGRESSIVE CASUALTY INSURANCE COMPANY) may remove
4  this action to the United States District Court for the Central District of California,
5  pursuant to 28 U.S.C. § 1441(b).
6      **IT IS SO ORDERED.**

10  Dated: July 27, 2016        *Christina A. Snyder*
                                                       Hon. Christina A. Snyder